Case No. 24-3535

_____

IN THE UNITED STATES COURT OF APPEALS
FOR THE NINTH CIRCUIT

_____

ALAN MILLER,

Plaintiff-Appellant,

v.

TAHOE REGIONAL PLANNING AGENCY,

Defendant-Appellee

On Appeal from United States District Court for the Eastern District of California
Case No. 2:22-cv-02113-KJM-AC

**STIPULATION TO DISMISS APPEAL**

Debbie Leonard (#226547)
Leonard Law, PC
955 South Virginia Street, Suite 220
Reno, Nevada 89502
(775) 964-4656
debbie@leonardlawpc.com

John L. Marshall (#145570)
General Counsel
Tahoe Regional Planning Agency
P.O. Box 5310
Stateline NV 89449-5310
(775) 588-4547
jmarshall@trpa.gov

*Attorneys for Defendant-Appellee*
*Tahoe Regional Planning Agency*

Appellant Alan Miller requests that the Court dismiss this appeal pursuant to this stipulation and Federal Rule of Appellate Procedure 42(b)(1) with each party to bear their own costs and fees related to this appeal.

DATED: June 7, 2024

  /s/ Alan Miller  
Alan Miller  
P.O. Box 7526  
South Lake Tahoe, CA 96158  

*Appellant, in propria persona*

DATED: June 7, 2024

LEONARD LAW, PC

  /s/ Debbie Leonard  
Debbie Leonard (#226547)  
Leonard Law, PC  
955 South Virginia Street, Suite 220  
Reno, Nevada 89502  
(775) 964-4656  
debbie@leonardlawpc.com  

John L. Marshall (#145570)  
General Counsel  
Tahoe Regional Planning Agency  
P.O. Box 5310  
Stateline NV 89449-5310  
(775) 588-4547  
jmarshall@trpa.gov  

*Attorneys for Defendant-Appellee*  
*Tahoe Regional Planning Agency*